UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 06-30982 |
|---|---|
| PATRICIA Y. CARTER | (Chapter 13) |
| Debtor | JUDGE GUY R. HUMPHREY |

## REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4093770**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 9/ 13 | NATIONAL CASH ADVANCE<br>1324 E DOROTHY LANE<br>DAYTON, OH  45419 | 31.45 |

/s/ Jeffrey M. Kellner
Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 8/2/2011

Certificate of Service  06-30982

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

PATRICIA Y. CARTER
506 HARRIET STREET
DAYTON, OH  45408

LESTER R THOMPSON
1340 WOODMAN DR
DAYTON, OH  45432

(1027.1n)
B LINE LLC
MS 550
BOX 91121
SEATTLE, WA  98111

(1029.1n)
GREGORY A STOUT
REISENFELD AND ASSOCIATES
3962 RED BANK RD
CINCINNATI, OH  45227

(1030.1n)
Linh K Tran
2101 Fourth Avenue, Ste 900
Seattle, WA  98121

(13.1)
NATIONAL CASH ADVANCE
1324 E DOROTHY LANE
DAYTON, OH  45419

(27.1n)
PORTFOLIO RECOVERY ASSOCIATES
BOX 41067
NORFOLK, VA  23541

(1028.1n)
ROBERT D MCINTOSH
815 W MARKET ST #500
lOUISVILLE, KY  40202

(24.1n)
STEVEN LEE SMITH
SHUMAKER LOOP & KENDRICK
41 SOUTH HIGH ST  SUITE 2400
COLUMBUS, OH  43215

Jeffrey M. Kellner BY       /s/ Jeffrey M. Kellner       sv